# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| DR. TIMOTHY A. KNIGHT, | ) |
| Plaintiff, | ) |
| vs. | ) Case Number: 1:22-cv-02150-JRS-MKK |
| CITY OF CARMEL, *et al.*, | ) |
| Defendants. | ) |

## ORDER DISMISSING DEFENDANT JAMES CRIDER

The parties, having so stipulated,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant James Crider is dismissed from this action, with prejudice, costs paid. This matter shall proceed as to the remaining defendants.

SO ORDERED.

Date: 12/20/2023

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution

Via ECF to all registered counsel of record