**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

DR. TIMOTHY A. KNIGHT,      )
                           )
    Plaintiff,          )
                           )
vs.                        )      Case Number: 1:22-cv-02150-JRS-MKK
                           )
CITY OF CARMEL, *et al.,*   )
                           )
    Defendants.          )

## ORDER DISMISSING CASE, WITH PREJUDICE

The parties, having so stipulated,

IT IS ORDERED, ADJUDGED, AND DECREED that this matter is dismissed, with prejudice, costs paid.

SO ORDERED.

Date: 12/20/2024

    JAMES R. SWEENEY II, JUDGE
    United States District Court
    Southern District of Indiana

Distribution

Via ECF to all registered counsel of record